# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

IN RE APPLICATION OF
**HAND HELD PRODUCTS, INC.**
FOR AN ORDER TO TAKE DISCOVERY
PURSUANT TO 28 U.S.C. § 1782,

Civil Action No. 1:24-mc-91378

Applicant.

**[PROPOSED] ORDER**

This matter came before the Court on the "Application of Hand Held Products, Inc. ("Hand Held") for an Order to take Discovery Pursuant to 28 U.S.C. § 1782" (the "Application") in aid of foreign actions pending in Germany and the Unified Patent Court ("UPC"). Hand Held seeks to issue a subpoena to Scandit, Inc. In addition to the Application, the Court has considered Hand Held's memorandum of law in support of the Application, and the exhibits and declarations attached thereto.

This Court is authorized by 28 U.S.C. § 1782 to order a person to give testimony or produce documents for use in a foreign or international tribunal if: (1) the person from whom discovery is sought resides or is found in the district of the district court to which application is made; (2) the discovery is for use in a proceeding before a foreign or international tribunal; and (3) the application is made by a foreign or international tribunal or an interested person. *In re Schlich*, 893 F.3d 40, 46 (1st Cir. 2018). In determining whether to order such discovery the Court is to consider the following factors: (1) whether the person from whom discovery is sought is a participant in the foreign or international proceeding; (2) the receptivity of the international tribunal to receiving such evidence; (3) whether the application is an attempt to circumvent proof gathering restrictions;

- 1 -

and (4) whether the requested discovery is unduly intrusive of burdensome. *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264–65 (2004).

The Court has determined that the foregoing factors have been satisfied for issuance of the Order requested.

IT IS HEREBY ORDERED that:

1.     The Application is GRANTED;

2.     Applicants are authorized to take discovery from Scandit, Inc., a corporation found in this District, by issuing a subpoena seeking the production of documents in the form attached to the Memorandum of Law as Exhibit B (the "Subpoena");

3.     Scandit, Inc. shall produce the requested documents within thirty (30) days of service of the Subpoena, or such other dates as agreed between the parties, and in conformity with the Federal Rules of Civil Procedure and the Local Rules. The entry of this Order does not foreclose Respondents from seeking relief under Rule 26 and Rule 45, if appropriate. Any Rule 45 objections shall be served on all parties and counsel of record within ten days after service of the Subpoena;

4.     Until further Order by this Court, Scandit, Inc. shall preserve all documents, electronic or otherwise, and any evidence in its possession, custody or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in the Application.

DATED this ___ day of _____ 2024.

_____
United States District Judge